UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) No. 3:10-00203 |
| | ) CHIEF JUDGE HAYNES |
| CHRISTOPHER NEAL JONES | ) |

## MOTION TO WITHDRAW WARRANT

Defendant Chris Jones respectfully requests that the Court withdraw the arrest warrant issued on July 24, 2013, and instead allow him to report on a summons because he entered a drug-rehabilitation center on Saturday, July 20, 2013, for a one-month program.

Jones began supervised release on April 15, 2013, and was immediately reported to this Court for relapsing by using cocaine. (D.E. 66, Petition at 2.) The parties agreed to modify his supervision by placing him on home confinement for three months, including electronic monitoring. (*Id.* at 4.) On July 8, Jones was placed on the electronic monitoring. (*Id.* at 3.)

On Saturday afternoon, July 20, Jones's mother found him at a public park distraught and suicidal, evidently having relapsed and in no condition to remain confined in her home. That same day, she paid an in-patient drug rehabilitation center in Dickson, Tennessee, $3,500 for one-month of in-patient drug treatment (and she is obligated to pay an additional $2,500). Jones has been in that center since that time, and through his mother and undersigned counsel he has been attempting to report his presence there.

Jones respectfully requests that the Court withdraw the warrant and allow him to instead report under a summons. He asks for this relief because his whereabouts are in fact known and because he is in an in-patient facility receiving, at no expense to the government, treatment that he needs. Undersigned counsel has left messages with Assistant United States Attorney Scarlett Singleton asking whether she would oppose this relief, but has not yet received a response so he is uncertain what position she would take.

*[Handwritten annotation by judge:] This motion is GRANTED. Defendant shall appear pursuant to a summons. 7-26-13*