IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:10-cr-00203 |
| v. ) | Chief Judge Haynes |
| ) | |
| CHRISTOPHER NEAL JONES ) | |

### ORDER

The revocation hearing in this action is reset for Monday, September 23, 2013 at 3:00 p.m.

It is so **ORDERED**.

ENTERED this the 13th day of September, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court