UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:10-00203 |
| ) | CHIEF JUDGE HAYNES |
| CHRISTOPHER NEAL JONES ) | |

*[handwritten notation: GRANTED. This motion is granted. 9-18-13]*

## AGREED MOTION TO CONTINUE REVOCATION HEARING

With the agreement of the government, Defendant Christopher Jones respectfully moves to continue his revocation hearing that is currently set for September 23, 2013. Jones is scheduled to remain at a rehabilitation center until Friday, September 20, 2013, at which time he will return to his mother's home. Upon consideration of Jones's situation, the government has agreed to a request that the revocation hearing be continued for approximately three months, until mid-December 2013. Jones respectfully requests that the revocation hearing be continued to that time.

Respectfully submitted,

s/ Michael C. Holley
MICHAEL C. HOLLEY (BPR# 021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: michael_holley@fd.org

Attorney for Christopher N. Jones

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2013, I electronically filed the foregoing *Agreed Motion to Continue Revocation Hearing* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Scarlett Singleton**, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ Michael C. Holley
MICHAEL C. HOLLEY