IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-00203 |
| ) | CHIEF JUDGE HAYNES |
| CHRISTOPHER NEAL JONES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

A revocation hearing is set in this action for **Friday, November 8, 2013 at 2:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the 31st day of October, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court