UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 3:10-CR-00203 |
| v. | ) |
| | ) Chief Judge Haynes |
| CHRISTOPHER NEAL JONES | ) |

## ORDER

A hearing to revoke the defendant's supervised release was held in this matter on November 8, 2013. Following argument by the parties, this Court hereby orders CHRISTOPHER NEAL JONES:

- To serve six (6) months custody, to be followed by six (6) months supervised release.

- Defendant is to receive credit for his incarceration related to this matter.

- During the Defendant's six month period of supervised release, he is to reside in a in a halfway house where he can receive drug treatment. The Defendant is responsible for all costs related to his placement within this halfway house.

- The Court strongly recommends the Defendant be placed at the Federal Medical Center (FMC) in Lexington, Kentucky. In the alternative, the Court recommends FMC Butner, Butner Kentucky. The Court recommends these facilities to address the Defendant's particular medical concerns and need for substance abuse treatment. The Court requests that the Bureau of Prisons notify AUSA Clay T. Lee (615) 736-2124 upon determining the final location of the defendant's location of incarceration.

_____
William J. Haynes
Chief U.S. District Court Judge
Middle District of Tennessee